THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 South Carolina
 Department of Social Services, Respondent,
 v.
 Dalquana L.,
 Loresa D., Tommy D., and Penny D., Defendants,
 Of whom Dalquana
 L. is the Appellant.
 In the interest of one minor child.
 
 
 

Appeal From Chesterfield County
 Roger E. Henderson, Family Court Judge
Unpublished Opinion No. 2010-UP-514
Submitted November 1, 2010  Filed
 November 23, 2010    
AFFIRMED

 
 
 
 Williams Hubbard and Emma T. Dean, both of Columbia, for Appellant.
 Elizabeth Biggerstaff York, of Hartsville, for Respondent.
 C. Heath Ruffner, of Cheraw, for Guardian ad Litem.
 
 
 

PER CURIAM: Dalquana L. (Mother) appeals from the
 family court's order for permanency planning granting Tommy D. and Penny D. legal
 and physical custody of Mother's minor child.  See S.C. Code Ann. § 63-7-1700 (2010).  Upon a thorough review of the
 record and the family court's findings of fact and conclusions of law pursuant to Ex Parte Cauthen, 291
 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant
 briefing.  Accordingly, we affirm the family court's ruling and grant counsel's
 petition to be relieved.     
AFFIRMED.[1]
THOMAS, J., KONDUROS, J., and CURETON, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.